**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEP 20 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 16-30108-NJR |
| DARIUS D. FLOWERS, | ) ) | Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3). |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about July 30, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**DARIUS D. FLOWERS,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Donald Boyce_
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention