IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  16-30108-NJR |
| vs. | ) | |
| | ) | |
| DARIUS D. FLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ANTICIPATEDADVISORY GUIDELINE RANGE**

To sustain the charge of Possession of Contraband by a Federal Inmate, as charged in the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST:   the defendant was, at the time stated in the indictment, an inmate of a Federal prison or correctional facility, as charged;

SECOND:   at such time, the defendant knowingly possessed the object described in the indictment, as charged; and

THIRD:   the object was a prohibited object.

**PENALTIES**

A term of imprisonment of not more than five (5) years, a fine up to $250,000, or both, supervised release of not more than three (3) years, and a $100 special assessment, **to be served consecutively to the remainder of the defendant's current sentence in case number 0862 1:15CR00068-1 from the United States District Court for the Northern District of Iowa.**

**Government's Position on the Advisory Guideline Range**

The Government anticipates that the base offense level in this case will be thirteen (13) pursuant to §2P1.2(a)(2).  The Government anticipates that, because the defendant entered a

timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of eleven (11).

A preliminary examination of the defendant's criminal history shows a total of fourteen (14) points, which would place him in a Category IV.  An offense level 11, Criminal History Category IV, equates with an advisory guideline range of 27-33 months, to be served consecutively to the remainder of the defendant's current sentence in case number 0862 1:15CR00068-1 from the United States District Court for the Northern District of Iowa, and a fine range of $4,000 to $40,000.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CRIMINAL NO.  16-30108-NJR |
| vs.  ) | |
| ) | |
| DARIUS D. FLOWERS,  ) | |
| ) | |
| Defendant.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Anticipated Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AFPD David Brengle

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov